UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEMINI TRUST COMPANY, LLC,<br><br>        *Plaintiff*,<br><br>  v.<br><br>DIGITAL CURRENCY GROUP, INC. and BARRY SILBERT,<br><br>        *Defendants*. | Case No. _____ |

## **DIGITAL CURRENCY GROUP, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Digital Currency Group, Inc. ("DCG") states that this party is a non-governmental corporate party and that:

1. DCG has no parent corporation; and

2. No publicly held corporations own 10% or more of DCG's stock.

Dated: August 4, 2023
   New York, New York

                Respectfully submitted,

                */s/ Jonathan D. Polkes*
                Jonathan D. Polkes
                Caroline Hickey Zalka
                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, NY 10153
                Tel: (212) 310-8000
                Fax: (212) 310-8007

                *Counsel for Defendants Digital Currency Group, Inc. and Barry Silbert*