UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEMINI TRUST COMPANY, LLC,<br><br>      *Plaintiff*,<br><br>    v.<br><br>DIGITAL CURRENCY GROUP, INC. and BARRY SILBERT,<br><br>      *Defendants*. | Case No. 1:23-cv-06864 |

## CERTIFICATE OF SERVICE

I, Stefania D. Venezia, being an attorney at law, duly licensed to practice in the State of New York, do hereby affirm under penalty of perjury that the following is true:

1. I am over eighteen years of age and am not a party to this action. I am employed by Weil, Gotshal & Manges LLP, located at 767 Fifth Avenue, New York, New York 10153.

2. On August 4, 2023, I served the Notice of Removal and accompanying Exhibits by email as well as overnight delivery via Federal Express upon the following:

JFB LEGAL, PLLC
John F. Baughman
299 Broadway - Suite 1816
New York, NY 10007
(212) 548-3212

WILLKIE FARR & GALLAGHER LLP
Mark T. Stancil
Donald Burke
1875 K Street, N.W.
Washington, DC 20006
(202) 303-1000

*Attorneys for Gemini Trust Company, LLC*

Dated: August 4, 2023
      New York, New York

_____
Stefania D. Venezia