**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GEMINI TRUST COMPANY, LLC,<br><br>                                      *Plaintiff,*<br><br>             v.<br><br>DIGITAL CURRENCY GROUP, INC. and BARRY SILBERT,<br><br>                                      *Defendants.* | No. 23-cv-6864<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that John F. Baughman of JFB Legal, PLLC hereby appears as attorney of record for plaintiff Gemini Trust Company, LLC and requests that copies of all papers in this action be served upon him.

Dated: New York, New York
          August 7, 2023

                                                                              JFB Legal, PLLC

                                                                              By /s/ John F. Baughman

                                                                                    John F. Baughman
                                                                                    299 Broadway – Suite 1816
                                                                                    New York, NY 10007
                                                                                    (212) 548-3212
                                                                                    jbaughman@jfblegal.com

                                                                              *Attorneys for Gemini Trust Company, LLC*