**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GEMINI TRUST COMPANY, LLC,<br><br>                              *Plaintiff,*<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC. and BARRY SILBERT,<br><br>                              *Defendants.* | No. 23-cv-6864<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Andrew Bosse of JFB Legal, PLLC hereby appears as attorney of record for plaintiff Gemini Trust Company, LLC and requests that copies of all papers in this action be served upon him.

Dated: New York, New York
           August 7, 2023

>                                                                                JFB Legal, PLLC
>
>                                                                                By /s/ Andrew Bosse
>
>                                                                                     Andrew Bosse
>                                                                                     299 Broadway – Suite 1816
>                                                                                     New York, NY 10007
>                                                                                     (212) 548-3212
>                                                                                     abosse@jfblegal.com
>
>                                                                                *Attorneys for Gemini Trust Company, LLC*