**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GEMINI TRUST COMPANY, LLC,<br><br>         *Plaintiff,*<br><br>    v.<br><br>DIGITAL CURRENCY GROUP, INC. and BARRY SILBERT,<br><br>         *Defendants.* | No. 23-cv-6864<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that Maryia Y. Jones of JFB Legal, PLLC hereby appears as attorney of record for plaintiff Gemini Trust Company, LLC and requests that copies of all papers in this action be served upon her.

Dated: New York, New York
    August 7, 2023

                     JFB LEGAL, PLLC

                     By /s/ Maryia Y. Jones

                       Maryia Y. Jones
                       299 Broadway – Suite 1816
                       New York, NY 10007
                       (212) 548-3212
                       mjones@jfblegal.com

                     *Attorneys for Gemini Trust Company, LLC*