**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GEMINI TRUST COMPANY, LLC,

*Plaintiff,*

v.

DIGITAL CURRENCY GROUP, INC. and BARRY SILBERT,

*Defendants.*

No. 23-cv-6864

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for plaintiff Gemini Trust Company, LLC ("Gemini"), a private non-governmental party, certifies that Gemini is majority-owned by Gemini Spaceship, LLC ("Spaceship"). Spaceship is majority-owned by Gemini Space Station, LLC, which in turn is majority-owned by Winklevoss Capital Fund, LLC. No public corporation holds 10% or more of the equity of any of these entities.

Dated: New York, New York
August 7, 2023

JFB Legal, PLLC

By /s/ John F. Baughman

John F. Baughman
Andrew Bosse
Maryia Y. Jones
299 Broadway – Suite 1816
New York, NY 10007
(212) 548-3212

*Attorneys for Gemini Trust Company, LLC*