**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GEMINI TRUST COMPANY, LLC,<br><br>        *Plaintiff,*<br><br>   v.<br><br>DIGITAL CURRENCY GROUP, INC. and BARRY SILBERT,<br><br>        *Defendants.* | No. 23-cv-6864<br><br>**RULE 38(b) JURY DEMAND** |

Plaintiff Gemini Trust Company, LLC hereby demands a jury trial on all issues so triable.

Dated: New York, New York
    August 7, 2023

                     JFB Legal, PLLC

                     By /s/ John F. Baughman

                       John F. Baughman
                       Andrew Bosse
                       Maryia Y. Jones
                       299 Broadway – Suite 1816
                       New York, NY 10007
                       (212) 548-3212

                     *Attorneys for Gemini Trust Company, LLC*