UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEMINI TRUST COMPANY, LLC,<br><br>　　　　　　　　　　*Plaintiff*,<br><br>　　　v.<br><br>DIGITAL CURRENCY GROUP, INC. and BARRY SILBERT,<br><br>　　　　　　　　　　*Defendants*. | Case No. 1:23-cv-06864-LJL [rel. 23-2027]<br><br>Hon. Lewis J. Liman |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Stefania D. Venezia of the law firm Weil, Gotshal & Manges LLP, hereby enters her appearance as counsel for Defendants Digital Currency Group, Inc. and Barry Silbert in the above-captioned action and respectfully requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:　August 10, 2023
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Stefania D. Venezia*
　　　　　　　　　　　　　　　　　　　　Stefania D. Venezia
　　　　　　　　　　　　　　　　　　　　WEIL, GOTSHAL & MANGES LLP
　　　　　　　　　　　　　　　　　　　　767 Fifth Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10153
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 310-8000
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 310-8007
　　　　　　　　　　　　　　　　　　　　stefania.venezia@weil.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants Digital Currency Group, Inc. and Barry Silbert*