UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEMINI TRUST COMPANY, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC. and BARRY SILBERT,<br><br>    *Defendants*. | Case No. 1:23-cv-06864-LJL [rel. 23-2027]<br><br>Hon. Lewis J. Liman |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Joshua M. Wesneski of the law firm Weil, Gotshal & Manges LLP, hereby enters his appearance as counsel for Defendants Digital Currency Group, Inc. and Barry Silbert in the above-captioned action and respectfully requests that all subsequent papers be served upon this firm at the address indicated below.

Dated: August 10, 2023
       New York, New York

Respectfully submitted,

*/s/ Joshua M. Wesneski*
Joshua M. Wesneski
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: (202) 682-7000
Fax: (202) 857-0940
joshua.wesneski@weil.com

*Attorney for Defendants Digital Currency Group, Inc. and Barry Silbert*