UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEMINI TRUST COMPANY, LLC,<br><br>       *Plaintiff*,<br><br>  v.<br><br>DIGITAL CURRENCY GROUP, INC. and BARRY SILBERT,<br><br>       *Defendants*. | Case No. 1:23-cv-06864-LJL [rel. 23-2027]<br><br>Hon. Lewis J. Liman |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Dylan L. Ruffi of the law firm Weil, Gotshal & Manges LLP, hereby enters his appearance as counsel for Defendants Digital Currency Group, Inc. and Barry Silbert in the above-captioned action and respectfully requests that all subsequent papers be served upon this firm at the address indicated below.

Dated: August 10, 2023
    New York, New York

                Respectfully submitted,

                */s/ Dylan L. Ruffi*
                Dylan L. Ruffi
                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, NY 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007
                dylan.ruffi@weil.com

                *Attorney for Defendants Digital Currency Group, Inc. and Barry Silbert*