**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GEMINI TRUST COMPANY, LLC, *Plaintiff*, v. DIGITAL CURRENCY GROUP, INC. and BARRY SILBERT, *Defendants*. | Case No. 1:23-cv-06864-LJL [rel. 23-2027] Hon. Lewis J. Liman ORAL ARGUMENT REQUESTED |

## DEFENDANTS' NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, and the Declaration of Caroline Hickey Zalka, dated October 3, 2023, with exhibits attached thereto, Defendants Digital Currency Group, Inc. and Barry Silbert, by and through their undersigned counsel, hereby move this Court before the Honorable Lewis J. Liman, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, for an Order, pursuant to Federal Rules of Civil Procedure 8, 9(b), and 12(b)(6), dismissing with prejudice the Amended Complaint in this action, and for any further relief that the Court may deem just and proper.

Dated: October 3, 2023  
      New York, New York

Respectfully submitted,

*/s/ Jonathan D. Polkes*

| | |
|---|---|
| Joshua M. Wesneski | Jonathan D. Polkes |
| WEIL, GOTSHAL & MANGES LLP | Caroline Hickey Zalka |
| 2001 M Street NW, Suite 600 | Stefania D. Venezia |
| Washington, DC 20036 | Dylan L. Ruffi |
| Tel: (202) 682-7000 | WEIL, GOTSHAL & MANGES LLP |
| Fax: (202) 857-0940 | 767 Fifth Avenue |
| | New York, NY 10153 |
| | Tel: (212) 310-8000 |
| | Fax: (212) 310-8007 |

*Counsel for Defendants Digital Currency Group, Inc. and Barry Silbert*