### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEMINI TRUST COMPANY, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC. and BARRY SILBERT,<br><br>*Defendants*. | Civil Action No. 1:23-cv-06864<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Mark T. Stancil, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Gemini Trust Company, LLC in the above-captioned action.

As described in my declaration submitted contemporaneously herewith, I am in good standing of the bars of the Commonwealth of Virginia and of the District of Columbia. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3, the required certificates of good standing, and a proposed order granting the relief requested herein.

- 2 -

Dated: October 20, 2023

                                              Respectfully submitted,

                                              <u>S/ *Mark T. Stancil*</u>
                                              Mark T. Stancil (Admission *Pro Hac Vice* Pending)
                                              Willkie Farr and Gallagher LLP
                                              1875 K Street, N.W.
                                              Washington, D.C. 20006
                                              Telephone: (202) 303-1000
                                              Email: mstancil@willkie.com

                                              *Attorney for Gemini Trust Company, LLC*