- 5 -

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEMINI TRUST COMPANY, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC. and BARRY SILBERT,<br><br>*Defendants*. | Civil Action No. 1:23-cv-06864<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |

The motion of Mark T. Stancil for admission to practice *Pro Hac Vice* in the above-captioned action is granted. Applicant Mark T. Stancil has declared that he is a member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia, and that his contact information is as follows:

Mark T. Stancil
Willkie Farr and Gallagher LLP
1875 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 303-1000
Email: mstancil@willkie.com

Applicant Mark T. Stancil having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Gemini Trust Company, LLC in the above-captioned action:

**IT IS HEREBY ORDERED** that Applicant Mark T. Stancil is admitted to practice *Pro Hac Vice* in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

- 5 -

- 6 -

Dated:_____                                          _____
                                                                United States District Judge