IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEMINI TRUST COMPANY, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC. and BARRY SILBERT,<br><br>*Defendants*. | Civil Action No. 1:23-cv-06864 |

**DECLARATION OF DONALD BURKE IN SUPPORT OF
MOTION FOR ADMISSION PRO HAC VICE**

I, Donald Burke, declare and state as follows:

1. I am a partner with the law firm of Willkie Farr & Gallagher LLP, and have personal knowledge of the facts stated herein.

2. I submit this Declaration in support of my motion for admission Pro Hac Vice in the United States District Court of the Southern District of New York, for the purposes of appearing as counsel for Gemini Trust Company, LLC in connection with the above-captioned matter.

3. As shown in the Certificates of Good Standing filed in connection with my motion, I am a member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct and that this Declaration was executed this 20th day of October 2023.

*S/ Donald Burke*
Donald Burke (Admission *Pro Hac Vice* Pending)
Willkie Farr and Gallagher LLP
1875 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 303-1000
Email: dburke@willkie.com

*Attorney for Gemini Trust Company, LLC*
