# EXHIBIT B

# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Donald Burke

was admitted to practice as an attorney and counsellor at the bar of this Court on October 27, 2008.

I further certify that so far as the records of this office are concerned, Donald Burke is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 22nd day of September
A.D. 2023

By: _____
*Deputy Clerk*