UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEMINI TRUST COMPANY, LLC, <br><br>                          *Plaintiff,* <br><br> v. <br><br> DIGITAL CURRENCY GROUP, INC. and BARRY SILBERT, <br><br>                          *Defendants.* | No. 23-cv-6864 |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

TO: The Clerk of Court and All Counsel of Record

PLEASE TAKE NOTICE that the law firm of JFB LEGAL, PLLC has changed its name to BAUGHMAN KROUP BOSSE PLLC. Additionally, the mailing address for the New York office has changed. Updated information is as follows:

| | |
|---|---|
| BAUGHMAN KROUP BOSSE PLLC <br> One Liberty Plaza – 46th Floor <br> New York, NY 10006 <br> (212) 548-3212 | BAUGHMAN KROUP BOSSE PLLC <br> 500 East Main St. – Suite 1400 <br> Norfolk, VA 23510 <br> (757) 904-5373 |

Dated: New York, New York
        January 3, 2024

                                             BAUGHMAN KROUP BOSSE PLLC

                                             By */s/ John F. Baughman*

                                                 John F. Baughman
                                                 (jbaughman@bkbfirm.com)
                                                 Andrew Bosse
                                                 (abosse@bkbfirm.com)
                                                 Maryia Jones
                                                 (mjones@bkbfirm.com)
                                                 One Liberty Plaza – 46th Floor
                                                 New York, NY 10006
                                                 (212) 548-3212

                                             *Attorneys for Plaintiff Gemini Trust Company, LLC*