UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEMINI TRUST COMPANY, LLC,<br><br>        *Plaintiff*,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC. and BARRY SILBERT,<br><br>        *Defendants*. | Case No. 1:23-cv-06864-LJL [rel. 23-2027]<br><br>Hon. Lewis J. Liman |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND PROPOSED ORDER

  Counsel for Defendants Digital Currency Group, Inc. ("DCG") and Barry Silbert ("Mr. Silbert") respectfully withdraw the appearance of Dylan L. Ruffi ("Mr. Ruffi") in the above-captioned matter because he is no longer affiliated with the law firm Weil, Gotshal & Manges, LLP.  Counsel further request that Mr. Ruffi's name be removed or marked withdrawn from the case docket, that the Clerk terminate the delivery of all Notices of Electronic Filings addressed to dylan.ruffi@weil.com and that Mr. Ruffi's name be removed from any applicable service lists.  No other attorney is withdrawing his or her appearance by this notice.  Weil, Gotshal & Manges, LLP remains counsel to DCG and Mr. Silbert.

| | |
|---|---|
| Dated: March 6, 2024<br>New York, New York | Respectfully Submitted, |
| Joshua M. Wesneski<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Tel: (202) 682-7000<br>Fax: (202) 857-0940 | */s/ Caroline Hickey Zalka*<br>Jonathan D. Polkes<br>Caroline Hickey Zalka<br>Stefania D. Venezia<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>jonathan.polkes@weil.com<br>caroline.zalka@weil.com<br>stefania.venezia@weil.com<br><br>*Attorneys for Defendants Digital Currency Group, Inc. and Barry Silbert* |

SO ORDERED:

_____
Hon. Lewis J. Liman
United States District Judge
Dated: _____, 2024