**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GEMINI TRUST COMPANY, LLC, *Plaintiff*, v. DIGITAL CURRENCY GROUP, INC. and BARRY SILBERT, *Defendants*. | Case No. 1:23-cv-06864-LJL [rel. 23-2027] Hon. Lewis J. Liman |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND PROPOSED ORDER

Counsel for Defendants Digital Currency Group, Inc. ("DCG") and Barry Silbert ("Mr. Silbert") respectfully withdraw the appearance of Dylan L. Ruffi ("Mr. Ruffi") in the above-captioned matter because he is no longer affiliated with the law firm Weil, Gotshal & Manges, LLP. Counsel further request that Mr. Ruffi's name be removed or marked withdrawn from the case docket, that the Clerk terminate the delivery of all Notices of Electronic Filings addressed to dylan.ruffi@weil.com and that Mr. Ruffi's name be removed from any applicable service lists. No other attorney is withdrawing his or her appearance by this notice. Weil, Gotshal & Manges, LLP remains counsel to DCG and Mr. Silbert.

Dated: March 6, 2024                                    Respectfully Submitted,
       New York, New York

Joshua M. Wesneski                                       /s/ Caroline Hickey Zalka
WEIL, GOTSHAL & MANGES LLP                              Jonathan D. Polkes
2001 M Street NW, Suite 600                             Caroline Hickey Zalka
Washington, DC 20036                                    Stefania D. Venezia
Tel: (202) 682-7000                                     WEIL, GOTSHAL & MANGES LLP
Fax: (202) 857-0940                                     767 Fifth Avenue
                                                        New York, New York 10153
                                                        Telephone: (212) 310-8000
                                                        Facsimile: (212) 310-8007
                                                        jonathan.polkes@weil.com
                                                        caroline.zalka@weil.com
                                                        stefania.venezia@weil.com

                                                        *Attorneys for Defendants Digital Currency
                                                        Group, Inc. and Barry Silbert*

SO ORDERED:

_____
Hon. Lewis J. Liman
United States District Judge
Dated:     March 7    , 2024

-2-