# Weil, Gotshal & Manges LLP

VIA ECF

**Caroline H. Zalka**
767 Fifth Avenue
New York, NY 10153-0119
+1 (212) 310-8000 tel
+1 (212) 310-8007 fax
caroline.zalka@weil.com

August 2, 2024

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1620
New York, NY 10007

Re: *Gemini Trust Company, LLC v. Digital Currency Group, Inc., et al.*, Case No. 23-cv-06864-LJL (S.D.N.Y.)

Dear Judge Liman,

We represent Defendants Digital Currency Group, Inc. ("DCG") and Barry Silbert (collectively, "Defendants") in the above-referenced action. We write in response to the Court's July 31, 2024 Order instructing the parties to show cause as to why this case should not be stayed until after the Effective Date of the Genesis Debtors' Chapter 11 plan and after the assignment of Gemini Trust Co., LLC's ("Gemini") claim to the Genesis Debtors' estate is finalized. *See* ECF No. 39. Pursuant to the Statement Notice of Projected Effective Date, the anticipated Effective Date of the Genesis Debtors' Amended Joint Chapter 11 Plan is today, August 2, 2024. *See* Bankr. ECF No. 1894. Defendants have no objection to the matter being stayed until 30 days after the Effective Date today and the assignment is finalized. *See* ECF No. 38. Defendants reserve all rights to object to any future request for adjournment by Gemini or the Genesis Debtors' estates.

Respectfully submitted,

/s/ *Caroline H. Zalka*
Caroline H. Zalka


cc: All Counsel of Record (via ECF)