UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEMINI TRUST COMPANY, LLC,<br><br>               Plaintiff,<br><br>      v.<br><br>DIGITAL CURRENCY GROUP, INC. and BARRY SILBERT,<br><br>               Defendants. | Civ. No. 1:23-cv-06864-LJL |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Gemini Trust Company, LLC, and their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice.

Dated: New York, New York
        May 13, 2025

Respectfully submitted,

By:   /s/ Andrew Bosse
Andrew Bosse
BAUGHMAN KROUP BOSSE PLLC
One Liberty Plaza, Floor 46
New York, NY 10006
(212) 548-3212
abosse@bkbfirm.com

*Attorneys for Gemini Trust Company, LLC*

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

May 15, 2025